**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: GERARD FANNING : Case No. 15-13237-mdc
MARYANN FANNING : Chapter 13

<u>ORDER</u>

**AND NOW,** this 11th day of May, 2018, upon Motion of Debtors and for good cause shown, it is

**ORDERED** that the Motion for Approval of Administrative Expenses is **GRANTED**; and

**ORDERED** that counsel for the Debtors is awarded $4,008.00 as compensation for the firm's services in this case. The Trustee is authorized and directed to pay the amount of $1,343.00, the balance owed to the said counsel and the Trustee is authorized and directed to pay this sum to counsel from the plan payments which he has received on the Debtor's account, made payable to John M. Kenney, Esquire.

BY THE COURT:

BY: _____
HONORABLE MAGDELINE D. COLEMAN