```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                          Case No. 15-13237-mdc
Gerard Fanning                                                  Chapter 13
Maryann Fanning
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0313-2           User: Keith                 Page 1 of 2                  Date Rcvd: Sep 16, 2020
                               Form ID: 138NEW             Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2020.
db/jdb         +Gerard Fanning,    Maryann Fanning,    33 Maroon Road,    Levittown, PA 19056-3646
13524026       +Bucks County College,    275 Swamp Rd,    Newtown, PA 18940-4106
13524028       +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
13524030       +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
13524035       +Peerless Credit Services,    Petro Heating Oil,    P.O. Box 518,    Middletown, PA 17057-0518
13524036       +Petro Heating Oil,    650 Knowles Ave,    Southampton, PA 18966-4102
13581023        U.S. Department of Education,    C/O FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg PA 17106-9184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Sep 17 2020 05:27:43     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 17 2020 05:26:52
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 17 2020 05:27:16     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: bankruptcy@td.com Sep 17 2020 05:26:58     TD Bank N.A.,    PO Box 9547,
                 Portland, ME   04112
13524027        E-mail/Text: CBCSMail@CBCSNational.com Sep 17 2020 05:26:56     CBCS,    PO Box 163250,
                 Columbus, OH  43216-3250
13524029       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 17 2020 05:26:27     Comenity Bank/lnbryant,
                 4590 E Broad St,    Columbus, OH 43213-1301
13524031        E-mail/Text: ELDABBASM@FREEDOMCU.ORG Sep 17 2020 05:20:58     Freedom Credit Union,
                 Center Pointe Office Center,    626 Jacksonville Road Ste 250,    Warminster, PA  18974-4862
13524032        E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 17 2020 05:21:01     IRS,    PO Box 219690,
                 Kansas City, MO  64121-9690
13524033        E-mail/Text: camanagement@mtb.com Sep 17 2020 05:21:06     M & T Bank,    1 Fountain Plz,
                 Buffalo, NY   14203
13543476        E-mail/Text: camanagement@mtb.com Sep 17 2020 05:21:06     M&T BANK,    PO BOX 1288,
                 BUffalo, Ny 14240
13548161       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 17 2020 05:26:55     Midland Credit Management,Inc,
                 as agent for MIDLAND FUNDING LLC,    PO Box 2011,    Warren, MI 48090-2011
13524034       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 17 2020 05:26:55     Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13608233        E-mail/Text: bnc-quantum@quantum3group.com Sep 17 2020 05:26:32
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13558097        E-mail/Text: bankruptcy@td.com Sep 17 2020 05:26:58     TD Bank N.A.,    Attn: Bankruptcy Dept.,
                 ME2-002-035,   P.O. Box 9547,    Portland, ME 04112-9547
13524038        E-mail/Text: bankruptcy@td.com Sep 17 2020 05:26:58     Td Bank N.a.,    32 Chestnut St,
                 Lewiston, ME  04240
13524037        E-mail/Text: bankruptcy@td.com Sep 17 2020 05:26:58     Td Bank N.a.,    70 Gray Rd,
                 Portland, ME  04105
                                                                                                TOTAL: 16

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2020                                     Signature:  /s/Joseph Speetjens

```
District/off: 0313-2                  User: Keith                     Page 2 of 2                    Date Rcvd: Sep 16, 2020
                                      Form ID: 138NEW                 Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2020 at the address(es) listed below:
              ANDREW F GORNALL     on behalf of Creditor    M&T BANK agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              JOHN M. KENNEY    on behalf of Debtor Gerard  Fanning jken330@comcast.net,   Kathy@jkenneylaw.com
              JOHN M. KENNEY    on behalf of Joint Debtor Maryann  Fanning jken330@comcast.net,
               Kathy@jkenneylaw.com
              KEVIN G. MCDONALD     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Gerard Fanning and Maryann Fanning

      Debtor(s)                                         Bankruptcy No: 15–13237–mdc

                                                                           Chapter: 13

___

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                    900 Market Street
                       Suite 400
                 Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                 For The Court
                                                                    Timothy B. McGrath
                                                                      Clerk of Court

Dated: 9/16/20

                                                                                                            47 – 46
                                                                                                Form 138_new